UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00087-FDW-DCK

| | |
|---|---|
| NORMAN GATEWOOD,              ) </br> )</br> Plaintiffs,              )</br> )</br> vs.              )</br> )</br> SONY CORPORATION OF AMERICA,              )</br> )</br> Defendant.              )</br> )</br> )  | ORDER |

THIS MATTER is before the Court following the filing of Plaintiff's Amended Complaint (Doc. No. 12) and Proposed Summons to the Amended Complaint (Doc. No. 13).

The Clerk of Court shall notify the United States Marshal who is directed to attempt to serve the Amended Complaint and summons (Doc. No. 13) on the Defendant at the address provided on the summons form (Doc. No. 13). All costs of service shall be advanced by the United States. Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the $400.00 filing fee.

IT IS SO ORDERED.

Signed: September 5, 2019

Frank D. Whitney
Chief United States District Judge