# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-087-FDW-DCK

| | |
|---|---|
| NORMAN GATEWOOD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SONY CORPORATION OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Michael J. Hoefling, concerning Gregory S. Gewirtz on December 3, 2019. Gregory S. Gewirtz seeks to appear as counsel *pro hac vice* for Defendant Sony Corporation of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Gregory S. Gewirtz is hereby admitted *pro hac vice* to represent Defendant Sony Corporation of America.

**SO ORDERED**.

Signed: December 4, 2019

David C. Keesler
United States Magistrate Judge