IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-087-FDW-DCK

| | |
|---|---|
| NORMAN GATEWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SONY CORPORATION OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by Michael J. Hoefling, concerning Jonathan A. David on December 3, 2019. Jonathan A. David seeks to appear as counsel *pro hac vice* for Defendant Sony Corporation of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Jonathan A. David is hereby admitted *pro hac vice* to represent Defendant Sony Corporation of America.

**SO ORDERED**.

Signed: December 4, 2019

David C. Keesler
United States Magistrate Judge